```
USDC-SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE FILED: 10/29/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIFESTYLE BRANDS HOLDINGS LLC,

    Plaintiff,

v.

WINNING RESOURCES LIMITED,

    Defendant.

Civil Action No. 1:17-cv-02454-RA

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned attorneys for the above-captioned parties that, pursuant to Fed. R. Civ. P. 41(a), the above-captioned action is hereby dismissed with prejudice, with each party to bear its own costs, attorneys' fees, and expenses.

This stipulation may be executed in PDF and in counterparts, which shall have the same effect as an original.

Dated: New York, New York
       October 20, 2018

PRYOR CASHMAN LLP

By: _____
M. Mona Simonian
msimonian@pryorcashman.com
Lauren B. Cooperman
lcooperman@pryorcashman.com
7 Times Square
New York, New York 10036
Tel: (212) 421-4100
*Attorneys for Plaintiff*

McGRAIL & BENSINGER LLP

By: _____
Gabrielle Y. Vázquez, Esq.
Gvazquez@mcgrailbensinger.com
888-C 8th Avenue, #107
New York, New York 10019
Tel: (917) 509-7818
*Attorney for Defendant*

SO ORDERED:

_____
HON. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE
10/29/18